DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

## STATE v. BALDWIN

No. 25 PC.

Case below: 26 N.C. App. 359.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 September 1975.

## STATE v. CARON

No. 196 PC.

Case below: 26 N.C. App. 456.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 25 August 1975.

## STATE v. CARTER

No. 161 PC.

Case below: 26 N.C. App. 84.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

## STATE v. CLARK

No. 150 PC.

Case below: 25 N.C. App. 677

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.

## STATE v. COGDELL

No. 2 PC.

Case below: 26 N.C. App. 522.

Petition for writ of certiorari to North Carolina Court of Appeals denied 25 August 1975.